John A. Kawai, SBN 260120
TRIAL LAWYERS FOR JUSTICE
877 S. Victoria Ave., Suite 201
Ventura, CA 93003
Tel: (310) 855-3727
Fax: (310) 855-63595
Email: jk@tl4j.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF EASTERN CALIFORNIA**

| | |
|---|---|
| "MARY MOE" as next friend for "R.," "LILY," "SARAH," "MAUREEN," "VIOLET," "SLOANE," and "PIA,"<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY ALLEN HORWATH,<br><br>Defendant. | Case No.: 2:24-cv-00503-WBS-AC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS** |

THIS MATTER, having come before the Court on the Plaintiffs' Motion to Proceed with Pseudonyms; and the court having reviewed the following pleadings;

1. Plaintiffs' Motion to Proceed with Pseudonyms;

2. The Declarations of Carol L. Hepburn, Deborah A. Bianco, and James R. Marsh;

3. Any responsive pleadings filed by Defendant;

The Court finds on the basis of specific facts that the Plaintiffs have established good cause in support of their motion to proceed with pseudonyms, it is,

ORDERED ADJUDGED AND DECREED, upon request of Plaintiffs that Plaintiffs may proceed herein under the pseudonyms "MARY MOE" as next friend for "R.," "LILY," SARAH," "MAUREEN," "VIOLET," "SLOANE," and "PIA" and believe that exposing their legal names to the public record puts them in physical danger.

Dated: April 29, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented By:

John A. Kawai, SBN 260120
TRIAL LAWYERS FOR JUSTICE
877 S. Victoria Ave., Suite 201
Ventura, CA 93003
Tel: (310) 855-3727
Fax: (310) 855-3595
Email: jk@tl4j.com