JASON A. BRAXTON (SBN 264834)
REVEILLE LAW, P.C.
2110 K Street
Sacramento, CA 95816
Phone: (916) 250-3127
Email: *jason@reveille.law*

Attorney for Defendant Timothy Allen Horwath

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| "MARY MOE" as next friend for "R.," a minor; "LILY;" "SARAH;" "MAUREEN;" "VIOLET;" "SLOANE; and "PIA,"<br><br>Plaintiffs,<br><br>vs.<br><br>TIMOTHY ALLEN HORWATH,<br><br>Defendant. | Case No.: 2:24-cv-00503-JAM-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF 14)**<br><br>Complaint Filed:<br>February 16, 2024<br><br>Current Response Date:<br>May 15, 2024<br><br>New Response Date:<br>June 12, 2024 |

The Court has considered the parties' Stipulation to Extent Time for Defendant Horwath's ("Defendant") Response to Plaintiffs' Complaint.

**IT IS HEREBY ORDERED THAT** Defendant's response to the Complaint, presently set for May 15, 2024, shall be **EXTENDED** to and through **June 12, 2024**.

**IT IS SO ORDERED.**

Dated: May 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE