John A. Kawai, SBN 260120
TRIAL LAWYERS FOR JUSTICE
877 S. Victoria Ave., Suite 201
Ventura, CA 93003
Tel: (310) 855-3727
Fax: (310) 855-63595

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| "MARY MOE" as next friend for "R.," "LILY," "SARAH," "MAUREEN," "VIOLET," "SLOANE," and "PIA," <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY ALLEN HORWATH, <br><br> Defendant. | Case No.: 2:24-cv-00503-JAM-AC <br><br> **STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT; ORDER THEREON** |

**STIPULATION**

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs may file an Amended Complaint, a copy of which is attached hereto.

    IT IS FURTHER STIPULATED that the defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint.

| | |
|---|---|
| Dated: October 1, 2024 | TRIAL LAWYERS FOR JUSTICE |
| | By: */s/ John A. Kawai* <br> JOHN A. KAWAI <br> Attorney for Plaintiffs |
| Dated: October 1, 2024 | REVEILLE LAW, P.C. |
| | By: */s/ Jason Braxton* <br> JASON BRAXTON <br> Attorney for Defendant, <br> TIMOTHY ALLEN HORWATH |

## ORDER

The Court, having reviewed the Stipulation of the Parties, and finding good cause, hereby **GRANTS** the Stipulation and ORDERS as follows:

Plaintiffs are **GRANTED** leave to file the First Amended Complaint.

Defendant shall not be required to answer the amendment, and all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint.

Plaintiffs shall refile their first amended complaint, attached to the Stipulation at ECF No. 19-1, **within five (5) days** of this order.

IT IS SO ORDERED.

Dated: October 02, 2024            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE