John A. Kawai, SBN 260120
TRIAL LAWYERS FOR JUSTICE
877 S. Victoria Ave., Suite 201
Ventura, CA 93003
Tel: (310) 855-3727
Fax: (310) 855-3595
Email: jk@tl4j.com
 *Attorney for Plaintiffs*

Jason Albert Braxton, SBN 264834
REVEILLE LAW, P.C.
2110 K Street
Sacramento, CA 95816
Tel: 916-250-3127
Email: jason@reveille.law
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "MARY MOE" as next friend for "RAVEN," "LILY," "SARAH," "MAUREEN," "VIOLET," "SLOANE," "PIA," and "APRIL,"<br><br>                              Plaintiffs,<br><br>     vs.<br><br>TIMOTHY ALLEN HORWATH,<br><br>                              Defendant. | Case No.: 2:24-cv-00503-JAM-AC<br><br><br>**JOINT STIPULATION TO CONTINUE JURISDICTION OF JUDGE SEAN C. RIORDAN TO SETTLEMENT DISPOSITION** |

The Plaintiffs, MARY MOE" as next friend for "RAVEN;" a minor; "LILY;" "SARAH;" "MAUREEN;" "VIOLET;" "SLOANE;" "PIA;" and "APRIL;" and the Defendant, Timothy Allen Horwath, through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, during the pendency of this matter a Settlement Conference and subsequent

Page **1** of **3**

*Joint Stip to Continue*
*Jurisdiction of Judge Sean C. Riordan to*
*Settlement Disposition*
Case No. 2:24-cv-00503-WBS-AC

Status Conferences have been held via video conference before Magistrate Judge Sean C. Riordan on June 18, 2025, and March 16, 2026, and April 30, 2026, respectively;

WHEREAS, Plaintiffs' counsel, including but not limited to John A. Kawai and Margaret E. Mabie, and Defendant Timothy Horwath and Defendant's counsel, Jason A. Braxton, were each present at each of these conference before Magistrate Judge Sean C. Riordan;

WHEREAS, all parties have consented to a settlement of this case and the material terms and conditions of the proposed Settlement Agreement have been largely agreed upon and should be finalized on or before the next Settlement Status conference set in this matter on July 15, 2026;

WHEREAS, the proposed Settlement Agreement is contingent upon judicial approval of a Minor's Compromise; and

WHEREAS, the parties have diligently been working together and expect to shortly complete and submit for approval of the Court the requisite settlement disposition documents.

NOW, THEREFORE, and in accordance with the provisions of Title 28, U.S.C. § 636(c)(1), the parties, through undersigned counsel, STIPULATE, AGREE AND CONSENT to have Magistrate Judge Sean C. Riordan conduct all further proceedings, including the approval and entry of dispositional documents, or as otherwise may be required.

IT IS SO STIPULATED:

TRIAL LAWYERS FOR JUSTICE

DATED: July 9, 2026

By: */s/  John A. Kawai*
JOHN A. KAWAI
*Attorney for Plaintiff*

*Joint Stip to Continue*
*Jurisdiction of Judge Sean C. Riordan to*
*Settlement Disposition*
Case No. 2:24-cv-00503-WBS-AC

REVEILLE LAW, P.C.

DATED: July 9, 2026

/s/Jason A. Braxton
JASON A. BRAXTON
*Attorney for Defendant*

IT IS SO ORDERED.

DATED: July 10, 2026

_____
HON. SEAN C. RIORDAN
United States Magistrate Judge

Page **3** of **3**

*Joint Stip to Continue*
*Jurisdiction of Judge Sean C. Riordan to*
*Settlement Disposition*
Case No. 2:24-cv-00503-WBS-AC